Law Offices of Vince Ravine, P.C.
Vince Ravine (SBN 206432)
Melissa Solomon (SBN 265782)
Los Angeles, CA 90067
(818) 776-0082
(818) 776-8117 Fax
Email: vince@vravinelaw.com

O   JS-6

Attorneys for Plaintiff Image Entertainment, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGE ENTERTAINMENT, Inc.<br><br>         Plaintiff,<br>   vs.<br><br>FIVE DOLLARS A DAY, LLC; CERULEAN PRODUCTIONS, LLC; CAPITAL FILMS LIMITED; ARAMID ENTERTAINMENT FUND, LIMITED.; LAVENDAR PRODUCTIONS, LLC; CAPITOL FILMS DEVELOPMENT, LLC; CAPCO GROUP, LLC; THINKFILM, LLC; CAYMAN FILMS HOLDINGS LIMITED; DAVID BERGSTEIN<br><br>         Defendants. | Case No.: CV-10-327-RSWL (JEMx)<br><br>ORDER DISMISSING AS AGAINST DEFENDANTS ARAMID ENTERTAINMENT FUND LIMITED, CAYMAN FILM HOLDINGS LIMITED, AND FIVE DOLLARS A DAY, LLC |

WHEREAS the terms of the settlement are set forth in a Stipulation of Settlement that was executed by the Parties on June 25, 2010 (the "Stipulation");

NOW, THEREFORE, after review and consideration of the Stipulation filed with the Court, and otherwise being fully apprised, and after due consideration,

1. Defendants Aramid Entertainment Fund Limited, Cayman Film Holdings Limited and Five Dollars A Day, LLC are dismissed from this action, with prejudice and without costs to any party.

2. Each party shall bear its own costs.

IT IS SO ORDERED.

Dated:   July 2, 2010

<u>RONALD S.W. LEW</u>
Ronald S.W. Lew
Senior, U.S. District Court Judge